BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL EDWARD MONK<br><br>Defendant and Judgment Debtor. | Misc. Case No. 1:10-MC-00010 AWI<br><br>(1:08CR00365-001-AWI) |
| SELF INSURED SCHOOLS OF CALIFORNIA<br><br>Garnishee. | ORDER OF GARNISHMENT<br>(ACCOUNTS) |

        The Garnishee herein, Self Insured Schools of California, is hereby ordered to pay to the Clerk

of this Court, in United States currency, certified funds, or cashier's check, the exact sum of  $6,291.00.

No deductions are to be made from this amount.

        If paid other than in United States currency, the check or certified funds instrument must be

made payable to the Clerk of the United States District Court.  The Garnishee shall cause said sum to be

delivered to the Clerk of the United States District Court, whose address is United States District

Order of Garnishment (Accounts)

Courthouse, 2500 Tulare Street, Room 1501, Fresno, California 93721, and reference the judgment debtor's name and case number 1:08CR00365-001-AWI on the face of the check.

From the sum paid by the Garnishee, the Clerk of the Court shall apply the sum of $6,291.00 towards payment of the criminal fine imposed on Paul Edward Monk in case number 1:08CR00365-001-AWI.

IT IS SO ORDERED.

Dated:    December 14, 2010    

CHIEF UNITED STATES DISTRICT JUDGE

Order of Garnishment (Accounts)